```
FITZGERALD CAMPBELL, APLC
GREGORY M. FITZGERALD, SBN 153082
GFITZGERALD@FCLAWOFFICE.COM
WILLIAM J. CAMPBELL, SBN 248729
WCAMPBELL@FCLAWOFFICE.COM
158 N. GLASSELL, SUITE 204
ORANGE, CA 92866
Telephone: (855) 709-5788
Facsimile: (855) 672-5058
```

ATTORNEYS FOR PLAINTIFF: WYMAN WONG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYMAN WONG, <br><br> PLAINTIFF, <br><br> VS. <br><br> U.S. BANK, N.A.; CFS2, INC.; NATIONWIDE DEBT MANAGEMENT SOLUTIONS, LLC; DOES 1 THROUGH 100, INCLUSIVE, <br><br> DEFENDANT. | Case No.: CV 14-01305 NC <br><br> **MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** <br><br> Judge: Hon. Nathanael Cousins |

The parties in this case have settled this matter. As such Plaintiff WYMAN WONG, by and through their designated counsel of record, hereby moves this court

1

for an order of dismissal with prejudice pursuant to FRCP 41(a)(1)(A)(i).

Dated: June 12, 2014                Fitzgerald Campbell, APLC


                                    /s/William J. Campbell
                                    William J. Campbell
                                    Attorney for Plaintiff
                                    WYMAN WONG